JS-6

1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

Case No. 14-cv-03551 (VEB)

HRIPSIME DARMARYAN,

              Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

              Defendant.

JUDGMENT

15

16

17

18

19

20

      For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

1

1    GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk

2    of the Court shall CLOSE this case.

3                        DATED this 26th day of April, 2016.

4

5                                        /s/Victor E. Bianchini
                                         VICTOR E. BIANCHINI
6                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20                                         2

                    JUDGMENT – DARMARYAN v COLVIN 14-CV-03551-VEB